THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO GONZALEZ, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, dated January 17, 1961, which denied, after a hearing, his application to vacate a judgment of said court, rendered November 24, 1959 upon his plea of guilty, convicting him of attempted possession of narcotics as a felony (Penal Law, § 1751), and imposing sentence. Order affirmed. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE LLOYD, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, dated January 26, 1962, which denied, without a hearing, his application to vacate a judgment of said court rendered January 6, 1958, on his plea of guilty, convicting him of attempted burglary in the third degree, and imposing sentence. Order affirmed (see *People* v. *Lupo*, 16 A D 2d 943; *People* v. *Spinney*, 16 A D 2d 669). Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM TEELE, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered November 25, 1960, after a jury trial, convicting him of attempted robbery in the first degree, and imposing sentence. Judgment affirmed. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

JAMES O'DEA, Respondent, v. MISSION OF THE IMMACULATE VIRGIN, Appellant, et al., Defendant.— In a negligence action to recover damages for personal injury, the defendant Mission of the Immaculate Virgin appeals from an order of the Supreme Court, Richmond County, dated July 12, 1962, which denied defendant's motions for a directed verdict and for a dismissal of the complaint and which directed a new trial, after the jury had failed to agree on a verdict. Order affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WILDER, Appellant.— Appeal by defendant from a judgment of the County Court, Westchester County, rendered August 9, 1961, after a jury trial, convicting him of robbery in the first degree; grand larceny in the first and second degree, and assault in the second degree, and imposing sentence on the robbery count only. Judgment affirmed. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.